# Third District Court of Appeal

## State of Florida

Opinion filed January 6, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D19-1977, 3D19-1976 and 3D19-1975
Lower Tribunal Nos. 09-70721, 10-36073 and 09-70726
_____

**Daniel Fox, etc., et al.,**
Appellants,

vs.

**City of Aventura, et al.,**
Appellees.

Appeals from non-final orders from the Circuit Court for Miami-Dade County, Abby Cynamon, Judge.

Schuler, Halvorson, Weisser, Zoeller & Overbeck, P.A., Jason D. Weisser, and David M. Kerner (West Palm Beach); Harris Appeals, P.A., and Andrew A. Harris (Palm Beach Gardens), for appellants.

Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., E. Bruce Johnson, and Christopher J. Stearns (Ft. Lauderdale); Weiss Serota Helfman Cole & Bierman, P.L., Edward G. Guedes and Samuel I. Zeskind, for appellees.

Before EMAS, C.J., and FERNANDEZ, and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Roth v. Cohen</u>, 941 So. 2d 496, 500 (Fla. 3d DCA 2006) ("For an issue to be preserved for appeal, … it 'must be presented to the lower court and the specific legal argument or ground to be argued on appeal must be part of that presentation if it is to be considered preserved.' " (quoting <u>Archer v. State</u>, 613 So. 2d 446, 448 (Fla. 1993))).